

**IN THE**
**TENTH COURT OF APPEALS**

—————————————

**No. 10-22-00229-CV**

**IN RE RONALD M. BUTSCH**

—————————————

**From the 18th District Court**
**Johnson County, Texas**
**Trial Court No. D200905868**

—————————————

**Original Proceeding**

—————————————

**MEMORANDUM OPINION**

—————————————

Relator's petition for writ of mandamus filed on July 12, 2022, is denied.


STEVE SMITH
Justice

Before Chief Justice Gray,
    Justice Johnson,
    and Justice Smith
Petition denied
Opinion delivered and filed September 21, 2022
[OT06]

